UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MARISSA HENRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:20-cv-00040-SEB-DML ) |
| GAMING ENTERTAINMENT (INDIANA) LLC. D/B/A RISING STAR CASINO, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Marissa Henry, and Defendant, Defendant, Gaming Entertainment (Indiana) LLC, have filed a Joint Stipulation of Dismissal with Prejudice.

**IT IS THEREFORE ORDERED** that all claims asserted by Plaintiff, Marissa Henry, in this matter are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Date: 3/22/2021

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies:

All ECF Counsel of Record